1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant LIM
5

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,              )
11                                         )   No. CR 06-00530 SBA
                        Plaintiff,         )
12                                         )   STIPULATION AND
                                           )   ORDER REFERRING CASE FOR
13           v.                            )   COMPETENCY HEARING
                                           )
14                                         )
   LEONARD T. LIM,                         )
15                                         )
                        Defendant.         )
16

17          Defendant Leonard Lim and the government, through undersigned counsel, hereby stipulate

18  and jointly move that the Court conduct a hearing to determine the mental competency of the

19  defendant, pursuant to 18 U.S.C. §4241(a). The parties further stipulate and jointly move that the

20  Court order that a psychiatric examination be conducted of the defendant and filed with the Court in

21  accordance with 18 U.S.C. §4241(b). The parties jointly recommend that the psychiatric

22  examination be conducted by Dr. David R. Kessler, M.D., who previously conducted a competency

23  evaluation for the Court in a prior case.

24
            At the last appearance on December 11, 2007, the Court set a status date for February 5, 2008,
25
    at 9:00 a.m. and excluded time under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(1)(A)
26

because of the need to conduct examinations and judicial proceedings to determine the competency

of the defendant.

/S/

DATED: 12/18/07 _____

JOYCE LEAVITT
Assistant Federal Public Defender

/S/

DATED: 12/18/07 _____

W. DOUGLAS SPRAGUE
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by
a "conformed" signature (/S/) within this e-filed document.

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that a hearing be conducted to

determine the mental competency of the defendant in accordance with 18 U.S.C. §4241(a).

IT IS FURTHER ORDERED that a psychiatric examination be conducted of the defendant by

Dr. David R. Kessler, M.D. and filed with the Court in accordance with 18 U.S.C. §4241(b). The

Court already has excluded time under the Speedy Trial Act from December 11, 2007 through

February 5, 2008, pursuant to 18 U.S.C. §3161(h)(1)(A) because of the need to conduct

examinations and judicial proceedings to determine the mental competency of the defendant.

SO ORDERED.

DATED:      12/24/07

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge