BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant LIM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                         )<br>                    Plaintiff,          )<br>                                                         )<br>          v.                                           )<br>                                                         )<br>                                                         )<br>LEONARD LIM,                              )<br>                                                         )<br>                    Defendant.     ) | No. CR 06-0530 SBA<br><br>STIPULATION AND<br>ORDER VACATING TRIAL DATE<br>AND SETTING MATTER FOR<br>CHANGE OF PLEA DATE AND<br>SENTENCING; EXCLUSION OF<br>TIME |

   IT IS HEREBY STIPULATED, by and between the parties to this action, that the September 29, 2008 trial date, and the September 23, 2008 pre-trial date are hereby vacated.  It is further stipulated that the case should be calendared for Tuesday, September 23, 2008, at 10:00 a.m. for change of plea and sentencing and that the matter be referred to the United States Probation Office to prepare a pre-plea report for that date.

   The parties have reached a plea agreement to be entered into under Fed. R. Crim. P. 11(c)(1)(C).  The Court previously excluded time through the September 23, 2008, in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate

*United States v. Lim*, CR 06-0530 SBA; Stip
vacating trial date & setting change of plea         - 1 -

preparation of counsel as the parties prepared for trial. Once the Court vacates the pretrial and trial date, it could continue to exclude time in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(I) as it considers the proposed plea agreement to be entered into by the defendant and attorney for the government. The agreement is attached as Exhibit A.

DATED: 6/19/08

/S/
_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 6/19/08

/S/
_____
WADE RHYNE
Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the September 29, 2008 trial date, and the September 23, 2008 pretrial date are hereby vacated and the matter is reset to October 7, 2008 at 10:00 a.m. for change of plea and sentencing.

IT IS FURTHER ORDERED that the matter is hereby referred to the United States Probation Office to prepare a pre-plea report for the October 7, 2008 change of plea and sentencing date.

IT IS FURTHER ORDERED that the time is hereby excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(I) as the Court considers the proposed plea agreement to be entered into by the defendant and attorney for the government.

1
2  SO ORDERED.
3
4
5  DATED:     7/1/08                        _____/s/ Saundra B Armstrong_____
6                                            HONORABLE SAUNDRA BROWN ARMSTRONG
                                             United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

*United States v. Lim*, CR 06-0530 SBA; Stip
vacating trial date & setting change of plea              - 3 -