BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant LIM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 06-0530 SBA |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER CONTINUING CHANGE OF |
| | ) | PLEA DATE AND SENTENCING; |
| | ) | EXCLUSION OF TIME |
| LEONARD LIM, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea and sentencing date, currently set for October 7, 2008, at 10:00 a.m. be continued to December 9, 2008, at 10:00 a.m. for change of plea and sentencing. The background is that the parties have reached a plea agreement to be entered into under Fed. R. Crim. P. 11(c)(1)(C) and the Court has excluded time in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(I) as it considers the proposed plea agreement. Unfortunately, through a mistake on the part of the undersigned defense counsel, the United States Probation Office did not receive the referral documents in a timely manner and needs additional time to prepare the Pre-Plea Report. This is

especially true given the complicated mental health and medical history of Mr. Lim, who suffers from a series of medical problems and was previously evaluated regarding his competency.

DATED: September 11, 2008                    /S/
                                             _____
                                             JOYCE LEAVITT
                                             Assistant Federal Public Defender

DATED: September 11, 2008                    /S/
                                             _____
                                             WADE RHYNE
                                             Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea and sentencing date, currently set for October 7, 2008, at 10:00 a.m. is hereby continued to December 9, 2008, at 10:00 a.m. for change of plea and sentencing.

IT IS FURTHER ORDERED that the time continues to be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(I) until December 9, 2008, as the Court considers the proposed plea agreement to be entered into by the defendant and attorney for the government.

SO ORDERED.

DATED: 9/22/08                               _____
                                             HONORABLE SAUNDRA BROWN ARMSTRONG
                                             United States District Judge