1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant LIM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 06-0530 SBA |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER CONTINUING CHANGE OF |
| | ) | PLEA DATE AND SENTENCING; |
| | ) | EXCLUSION OF TIME |
| LEONARD LIM, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea and sentencing date, currently set for December 9, 2008, at 10:00 a.m. be continued to February 3, 2009, at 10:00 a.m. for change of plea and sentencing. The background is that the parties have reached a plea agreement to be entered into under Fed. R. Crim. P. 11(c)(1)(C) and the Court has excluded time in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(I) as it considers the proposed plea agreement. Defense counsel has received the final presentence report but has not had the opportunity to review it with Mr. Lim who has been physically sick and bed-ridden for the last couple of weeks. Counsel needs additional time to review the Presentence

Report with Mr. Lim and to file a sentencing memorandum with the Court. This is especially true given the many complicated health issues upon which the probation officer has relied in making the sentencing recommendation contained in the final Presentence Report.

DATED: December 3, 2008          /s/
                                 JOYCE LEAVITT
                                 Assistant Federal Public Defender


DATED: December 3, 2008          /s/
                                 WADE RHYNE
                                 Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea and sentencing date, currently set for December 9, 2008, at 10:00 a.m. is hereby continued to Tuesday, December 19, 2008, at 1:00 p.m., for change of plea and sentencing.

IT IS FURTHER ORDERED that the time continues to be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(I) until December 19, 2008, as the Court considers the proposed plea agreement to be entered into by the defendant and attorney for the government and 18 U.S.C. § 3161 8(a) & B(iv) to allow for effective preparation of counsel.

SO ORDERED.

DATED: 12/8/08                   _____
                                 HONORABLE SAUNDRA BROWN ARMSTRONG
                                 United States District Judge